UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THADDEUS HARDY | CIVIL ACTION |
| VERSUS | NO: 24-1752 |
| MCCONNELL ENTERPRISES, LLC AND 190 OCTANE RETAIL, LLC | SECTION: "J"(5) |

**ORDER**

Considering the foregoing *Joint Stipulation of Dismissal* **(Rec. Doc. 13)**,

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff are **DISMISSED with prejudice** against Defendants, without fees or costs to any party against any other.

New Orleans, Louisiana, this 15th day of January, 2025.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE